UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:24 CR 025 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| ALEJANDRO CARRASCO | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

From on or about June 2022, and continuing to on or about July 6, 2022, both dates being approximate and inclusive, in the Northern District of Indiana,

**ALEJANDRO CARRASCO**,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, and the firearm and ammunition were in and affecting commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

1

## FORFEITURE ALLEGATIONS

1. The allegations contained in the Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18 United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1) alleged in the Indictment, the defendant, **ALEJANDRO CARRASCO**, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any and all firearms, firearm magazines or clips, and ammunition involved in the commission of the offense.

A TRUE BILL:

*/s/ Foreperson*
FOREPERSON

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By: */s/ Kimberly L. Schultz*
Kimberly L. Schultz
Assistant United States Attorney